VANSIZE, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by William B. Vansize against William A. A. Brown. No opinion. Final and interlocutory judgments affirmed, with costs.

VANTA et al. v. MASSACHUSETTS BONDING & INS. CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Harry Vanta and another against the Massachusetts Bonding & Insurance Company. No opinion. Motion denied. Order filed.

VENDITT, Appellant, v. CHRISTIANS, Respondent. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by James Venditt against George Christians. No opinion. Judgment and order unanimously affirmed, with costs.

VILLAGE OF SAVONA v. BRINK et al. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by the Village of Savona against William H. Brink and others. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

V. J. HEDDEN & SONS CO., Respondent, v. WOLFF, Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by the V. J. Hedden & Sons Company against Harris Wolff. C. Goldzier, of New York City, for appellant. F. Hulse, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VOSKA, FOELSCH & SIDLO, Inc., Respondent, v. FT. WASHINGTON CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Voska, Foelsch & Sidlo, Incorporated, against the Ft. Washington Construction Company.
PER CURIAM. Judgment and order affirmed, with costs.
HIRSCHBERG, J., not voting.

WADLEY & SMYTHE, Respondents, v. HALL, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Wadley & Smythe against William Henry Hall, impleaded with another. No opinion. Judgment, in so far as appealed from, affirmed with costs.

WAGNER v. BUTLER et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William J. Wagner against C. Le Roy Butler and others. No opinion. Order of the County Court of Queens county affirmed, with $10 costs and disbursements. See, also, 155 App. Div. 425, 140 N. Y. Supp. 50.

WAGNER, Respondent, v. STACOM et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Anton Wagner against Philip Stacom and another. No opinion. Judgment and order affirmed, with costs.

WALKER v. DRESSLER. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by George W. Walker against Anna Dressler. No opinion. Motion granted. Order filed. See, also, 141 N. Y. Supp. 1150.

WALLACH et al. v. BYRNE et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Irving J. Wallach and others against John Byrne and others. No opinion. Application denied, with $10 costs. Order signed.

In re WALSH et al. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) In the matter of the judicial settlement of the account of proceedings of Josephine Walsh and another, as executrixes, etc., of Silas Post, deceased, in which Sarah Jane Ellis appeals. No opinion. Decree of the Surrogate's Court of Queens county, in so far as appealed from, affirmed, with costs.

WALZ, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Carl L. Walz, as administrator, etc., against the City of New York.
PER CURIAM. Judgment and order affirmed, with costs.
THOMAS, J., dissents.

WARD, Appellant, v. TEXTILE COMMISSION CO., Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles M. R. Ward against the Textile Commission Company. P. S. Dudley, of New York City, for appellant. J. B. Doyle, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs, on the opinion of this court on the former appeal. 139 App. Div. 109, 123 N. Y. Supp. 918. Order filed.
INGRAHAM, P. J., dissents, on the dissenting opinion on the same appeal.

WATSON v. BEAVER et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by John H. Watson against William Beaver and others. T. W. Henry, of New York City, for appellants. E. M. Boyle, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 App. Div. 934, 139 N. Y. Supp. 1149.

WATZELHAM, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Ruth Watzelham, an